IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH LAUFER, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 20-CV-01163-SMY |
| ) | |
| MAHAKALI, INC., d/b/a RELAX INN ) | |
| MARSHALL, an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

JURY DEMAND BY DEFENDANT,
MAHAKALI, INC. d/b/a RELAX INN MARSHALL

Now comes the Defendant, MAHAKALI, INC. d/b/a RELAX INN MARSHALL, by Julie A. Webb and Brittany N. Meeker of Craig & Craig, LLC, and hereby demands a trial by jury of twelve persons on all issues herein.

                        MAHAKALI, INC., d/b/a RELAX INN MARSHALL, an Illinois Corporation, Plaintiff

                        By  s/   Julie A. Webb
                            Julie A. Webb #6238329
                                and
                      s/ Brittany N. Meeker
                            Brittany N. Meeker #6316865
                            Of Craig & Craig, LLC
                            115 North 7th Street
                            P.O. Box 1545
                            Mt. Vernon, Illinois 62864
                            Telephone: 618/244-7511
                            Its Attorneys

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Jury Demand was electronically filed with the Circuit Clerk using Odyssey eFileIL, and that true and correct copies of the following have been sent this date electronically to the following recipients:

>Ms. Kimberly A. Corkhill
>Mr. Thomas B. Bacon
>7 N. Coyle Street
>Pensacola, Florida 32502
>kimberlyatlaw@gmail.com
>tbb@thomasbaconlaw.com

>Respectfully submitted,

>s/Brittany N. Meeker
>Of Craig & Craig, LLC
>115 North 7th Street
>P.O. Box 1545
>Mt. Vernon, Illinois 62864
>Telephone: 618/244-7511
>Fax: 618/244-7628
>E-mail: bnm@craiglaw.net